COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

| | |
|---|---|
| Cause Number: | 01-19-00296-CV |
| Trial Court Cause Number: | 12-DCV-199184 |
| Style: | Hector Cortez |
| | v. Veronica Garza Cortez |
| Date motion filed*: | February 15, 2021 |
| Type of motion: | Motion for Extension of Time |
| Party filing motion: | Appellant |
| Document to be filed: | Motion for Rehearing |

Is appeal accelerated? ☐ Yes  ☒ No

If motion to extend time:

| | |
|---|---|
| Original due date: | February 16, 2021 |
| Number of previous extensions granted: | 1 |
| Date Requested: | March 31, 2021 |

Ordered that motion is:

☒ Granted

    If document is to be filed, document due: **March 31, 2021**

    ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☒ The Court will not grant additional motions to extend time.

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

_____

_____

_____

_____

Judge's signature: /s/ April Farris
      ☒ Acting individually    ☐ Acting for the Court

Date: February 23, 2021